396 A.2d 478

**COMMONWEALTH of Pennsylvania ex rel. Vivian CLARK**

v.

**Anthony E. CLARK, Appellant.**

Superior Court of Pennsylvania.

Submitted Sept. 15, 1978.

Decided Dec. 29, 1978.

Deborah Harris, Philadelphia, for appellant.

Gerald Gornish, Attorney General, Philadelphia, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

PER CURIAM:

The order of the lower court dated December 16, 1977, is hereby vacated in its entirety and this case is remanded to the lower court for such further proceedings as may be necessary in connection with its outstanding order for support in this case, in accordance with the requirements of *Barrett v. Barrett,* 470 Pa. 253, 368 A.2d 616 (1977).